In The United States District Court
For The Western District of North Carolina
Asheville Division

JERRY D. SMITH,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        1:07cv137-RJC-DLH

JOE HENDERSON, et al.,

    Defendant(s).

**DECISION BY COURT**.  This action having come before the Court on defendants' Motion for Summary Judgment (Doc. No. 22), the plaintiff's response (Doc. No. 24), and the Magistrate Judge's Memorandum and Recommendation ("M&R") (Doc. No. 27) and a decision having been rendered;

**IT IS ORDERED AND ADJUDGED** that Judgment is hereby entered in accordance with the Court's November 16, 2010 Order.

                                                Signed: November 16, 2010

Frank G. Johns, Clerk
United States District Court